**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7237**

———————

MICHAEL RICHARDS, SR.,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-00-601-2)

———————

Submitted:  October 18, 2001          Decided:  October 29, 2001

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Richards, Sr., Appellant Pro Se.  Michael Thomas Judge,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Richards, Sr., seeks to appeal the district court's order granting his motion to reconsider and denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge, and Richards' informal brief filed in this court. Because Richards failed to challenge on appeal the district court's finding that his claims were procedurally defaulted, he has waived review of that issue on appeal. 4th Cir. R. 34(b). Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Richards v. Angelone, No. CA-00-601-2 (E.D. Va. July 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2